REC'D JUL 11 2025

### AFFIDAVIT OF SERVICE

| Case: | Court: | | | |
|---|---|---|---|---|
| 25-CV-02980 | Eastern District of Pennsylvania | | County: | Job: |
| | | | Philadelphia, PA | 13629584 (38969) |
| **Plaintiff / Petitioner:** | | **Defendant / Respondent:** | | |
| Michael Hickson | | Peco Energy Company, et als. | | |
| **Received by:** | | **For:** | | |
| Legal Errands, Inc. | | Michael Hickson, pro se | | |
| **To be served upon:** | | | | |
| Jim Kenney & Successor | | | | |

I, Shawn Schaffer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jim Kenney & Successor, 1515 Arch Street 14th Floor, Philadelphia, PA 19102

**Manner of Service:** Government Agency, Jul 7, 2025, 9:33 am EDT

**Documents:** Summons and Complaint and Notice and Affidavit of Notice

**Additional Comments:**

1) Unsuccessful Attempt: Jul 1, 2025, 1:29 pm EDT at 1515 Arch Street 14th Floor, Philadelphia, PA 19102
Unable to gain access to building due to strike that started today, employees have entrance blocked. Will be trying again.

2) Successful Attempt: Jul 7, 2025, 9:33 am EDT at 1515 Arch Street 14th Floor, Philadelphia, PA 19102 received by Jim Kenney & Successor.
Other: c/o Law Department;
By handing documents to a manager/person in charge: Marli Reid, Legal Assistant

_____  7/7/25
Shawn Schaffer          Date

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076
215-751-1124

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

7/7/25
Date          Commission Expires

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Joseph C O Donovan Jr Notary Public
Delaware County
My Commission Expires 6/15/2027
Commission #1233495

## AFFIDAVIT OF SERVICE

| Case: 25-CV-02980 | Court: Eastern District of Pennsylvania | | County: Philadelphia, PA | Job: 13629650 (38969) |
|---|---|---|---|---|
| Plaintiff / Petitioner: Michael Hickson | | | Defendant / Respondent: Peco Energy Company, et als. | |
| Received by: Legal Errands, Inc. | | | For: Michael Hickson, pro se | |
| To be served upon: Pennsylvania Public Utility Commission | | | | |

I, Doris Williams, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Pennsylvania Public Utility Commission, 400 North St, Harrisburg, PA 17120
Manner of Service:      Government Agency, Jul 1, 2025, 12:28 pm EDT
Documents:          Summons and Complaint and Notice and Affidavit of Notice

**Additional Comments:**
1) Successful Attempt: Jul 1, 2025, 12:28 pm EDT at 400 North St, Harrisburg, PA 17120 received by Pennsylvania Public Utility Commission. By handing documents to a manager/person in charge: Vicki Moore Administrative Officer

Doris Williams                    Date 7/5/25

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076

Subscribed and sworn to before me by the affiant who is
personally known to me.

Notary Public

Date 7/5/25                    Commission Expires August 25, 2025

Commonwealth of Pennsylvania - Notary Seal
Kelly J. McClain, Notary Public
Lebanon County
My commission expires August 25, 2025
Commission number 1400300
Member, Pennsylvania Association of Notaries

## AFFIDAVIT OF SERVICE

| Case: 25-CV-02980 | Court: Eastern District of Pennsylvania | County: Philadelphia, PA | Job: 13629641 (38969) |
|---|---|---|---|
| Plaintiff / Petitioner: Michael Hickson | | Defendant / Respondent: Peco Energy Company, et als. | |
| Received by: Legal Errands, Inc. | | For: Michael Hickson, pro se | |
| To be served upon: Gladys Brown Dutrieville | | | |

I, Doris Williams, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  Gladys Brown Dutrieville, 400 North St, Harrisburg, PA 17120
Manner of Service:  Government Agency, Jul 1, 2025, 12:28 pm EDT
Documents:  Summons and Complaint and Notice and Affidavit of Notice

Additional Comments:
1) Successful Attempt: Jul 1, 2025, 12:28 pm EDT at 400 North St, Harrisburg, PA 17120 received by Gladys Brown Dutrieville. Other: c/o PA PUC;
By handing documents to a manager/person in charge: Vicki Moore Administrative Officer

Doris Williams    7/5/25
Doris Williams          Date

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Kelly J. McClain
Notary Public

7/5/25          August 25, 2025
Date          Commission Expires

Commonwealth of Pennsylvania - Notary Seal
Kelly J. McClain, Notary Public
Lebanon County
My commission expires August 25, 2025
Commission number 1400300
Member, Pennsylvania Association of Notaries

## AFFIDAVIT OF SERVICE

| Case: 25-CV-02980 | Court: Eastern District of Pennsylvania | | County: Philadelphia, PA | Job: 13629567 (38969) |
|---|---|---|---|---|
| Plaintiff / Petitioner: Michael Hickson | | | Defendant / Respondent: Peco Energy Company, et als. | |
| Received by: Legal Errands, Inc. | | | For: Michael Hickson, pro se | |
| To be served upon: Natural Lands | | | | |

I, Stephen O'Donovan, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Natural Lands, 1031 Palmers Mill Road, Media, PA 19063
Manner of Service:   Business, Jul 2, 2025, 11:20 am EDT
Documents:   Summons and Complaint and Notice and Affidavit of Notice

Additional Comments:
1) Successful Attempt: Jul 2, 2025, 11:20 am EDT at 1031 Palmers Mill Road, Media, PA 19063 received by Natural Lands. Age: 65s; Ethnicity: Caucasian; Gender: Female; Height: 5'7"; Hair: White;
By handing documents to a manager/person in charge: Brenda, PIC

_Stephen O'Donovan_ (signature)

_____     07/03/2025
Stephen O'Donovan                              Date

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076
4844722765

Subscribed and sworn to before me by the affiant who is personally known to me.

_(signature)_

_____
Notary Public

7/3/25
_____     _____
Date                              Commission Expires

SHAWN F SCHAFFER
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES MARCH 22, 2029

## AFFIDAVIT OF SERVICE

| Case: | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | DOCKET #<br>25-CV-02980 | Job:<br>13662221 |
|---|---|---|---|

| Plaintiff / Petitioner:<br>MICHAEL HICKSON | Defendant / Respondent:<br>PECO ENERGY COMPANY, a Pennsylvania corporation and wholly owned subsidiary of Exelon Corporation, EXELON CORPORATION, a Delaware corporation, NATURAL LANDS, a Pennsylvania nonprofit corporation, EXELON FOUNDATION, a nonprofit foundation, THE ROCK CREEK GROUP/COMMUNITY IMPACT CAPITAL FUND, a Delaware limited liability company. PATRICK NOONAN, individually and in his official capacity, PENNSYLVANIA PUBLIC UTILITY COMMISSION, GLADYS BROWN DUTRIEVILLE, individually and in her official capacity as Commissioner and Chairman of the Pennsylvania Public Utility Commission, TOM WOL & Successor, individually and in his official capacity as Governor of Pennsylvania, JIM KENNEY & Successor, individually and in his/her official capacity as Mayor of Philadelphia |
|---|---|

| Received by:<br>Coast to Coast Investigations | For:<br>Legal Errands, Inc. |
|---|---|

| To be served upon:<br>The Rock Creek Group/ Community Impact Capital Fund |
|---|

I, Jeffrey Sawh, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Michael Nehmier, Company: 1133 Connecticut Avenue Northwest, Washington, DC 20036 |
|---|---|
| Manner of Service: | Authorized, Jul 8, 2025, 3:02 pm EDT |
| Documents: | summons, complaint |

**Additional Comments:**
1) Successful Attempt: Jul 8, 2025, 3:02 pm EDT at Company: 1133 Connecticut Avenue Northwest, Washington, DC 20036 received by Michael Nehmier. Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 210; Height: 6'5"; Other: Associate;

_Jeffrey Sawh_      07/09/2025
_____    _____
Jeffrey Sawh      Date

Coast to Coast Investigations
1 Columbus Ctr Suite 600
Virginia Beach, VA 23462
202-905-5612

## AFFIDAVIT OF NON-SERVICE

| Case:<br>25-CV-02980 | Court:<br>Eastern District of Pennsylvania | | County:<br>Philadelphia, PA | Job:<br>13605473 (38969) |
|---|---|---|---|---|
| Plaintiff / Petitioner:<br>Michael Hickson | | | Defendant / Respondent:<br>Peco Energy Company, et als. | |
| Received by:<br>Legal Errands, Inc. | | | For:<br>Michael Hickson, pro se | |
| To be served upon:<br>Peco Energy Company | | | | |

I, Shawn Schaffer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Peco Energy Company, 2301 Market Street, Philadelphia, PA 19103 |
| Manner of Service: | Non-Service |
| Documents: | Summons and Complaint and Notice and Affidavit of Notice |

Additional Comments:
1) Unsuccessful Attempt: Jul 1, 2025, 12:54 pm EDT at 2301 Market Street, Philadelphia, PA 19103
All legal documents go to Corporate Creations Network Inc register agent for PECO at 1001 State St., #1400, Erie, PA 16501.

_____    7/7/25
Shawn Schaffer                Date

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076
215-751-1124

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

7/7/25
Date            Commission Expires

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Joseph C O Donovan Jr Notary Public
Delaware County
My Commission Expires 5/15/2027
Commission #1233495

# AFFIDAVIT OF NON-SERVICE

| Case:<br>25-CV-02980 | Court:<br>Eastern District of Pennsylvania | County:<br>Philadelphia, PA | Job:<br>13629545 (38969) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Michael Hickson | | Defendant / Respondent:<br>Peco Energy Company, et als. | |
| Received by:<br>Legal Errands, Inc. | | For:<br>Michael Hickson, pro se | |
| To be served upon:<br>Patrick Noonan | | | |

I, Shawn Schaffer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:    Patrick Noonan, 2301 Market Street, Philadelphia, PA 19103

Manner of Service:    Non-Service

Documents:    Summons and Complaint and Notice and Affidavit of Notice

**Additional Comments:**
1) Unsuccessful Attempt: Jul 1, 2025, 12:54 pm EDT at 2301 Market Street, Philadelphia, PA 19103
All legal documents go to Corporate Creations Network Inc register agent for PECO at 1001 State St., #1400, Erie, PA 16501.


_____    7/7/25
Shawn Schaffer             Date

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076
215-751-1124

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

7/7/25
Date                Commission Expires

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Joseph C O Donovan Jr Notary Public
Delaware County
My Commission Expires 5/15/2027
Commission # 1233495

## AFFIDAVIT OF NON-SERVICE

| Case:<br>25-CV-02980 | Court:<br>Eastern District of Pennsylvania | County:<br>Philadelphia, PA | Job:<br>13629574 (38969) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Michael Hickson | | Defendant / Respondent:<br>Peco Energy Company, et als. | |
| Received by:<br>Legal Errands, Inc. | | For:<br>Michael Hickson, pro se | |
| To be served upon:<br>Exelon Foundation | | | |

I, Shawn Schaffer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Exelon Foundation, 128 North Broad Street, Philadelphia, PA 19102

Manner of Service:   Non-Service

Documents:   Summons and Complaint and Notice and Affidavit of Notice

Additional Comments:
1) Unsuccessful Attempt: Jul 1, 2025, 1:37 pm EDT at 128 North Broad Street, Philadelphia, PA 19102
The recipient is unknown at this address; the building is occupied by the Pennsylvania Academy of Fine Arts.

_____   7/7/25
Shawn Schaffer                              Date

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076
215-751-1124

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

_____
Date                    Commission Expires

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Joseph C O Donovan Jr Notary Public
Delaware County
My Commission Expires 5/15/2027
Commission #1233495

## AFFIDAVIT OF NON-SERVICE

| Case: 25-CV-02980 | Court: Eastern District of Pennsylvania | County: Philadelphia, PA | Job: 13629616 (38969) |
|---|---|---|---|
| Plaintiff / Petitioner: Michael Hickson | | Defendant / Respondent: Peco Energy Company, et als. | |
| Received by: Legal Errands, Inc. | | For: Michael Hickson, pro se | |
| To be served upon: Exelon Corporation | | | |

I, Steven A. Stosur, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:    Exelon Corporation, 10 South Dearborn Street, Chicago, IL 60608

Manner of Service:    Non-Service

Documents:    Summons and Complaint and Notice and Affidavit of Notice

Additional Comments:
1) Unsuccessful Attempt: Jul 1, 2025, 1:34 pm EDT at 10 South Dearborn Street, Chicago, IL 60608
The security guard, said Exelon Corporation does not accept service here and their Registered Agent Corporate Creations Network accepts service at 1320 Tower Rd., Schaumburg, IL

_____    07/03/2025
Steven A. Stosur                      Date

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076

Subscribed and sworn to before me by the offiant who is personally known to me.

_____
Notary Public

_____07/03/2025_____
Date                  Commission Expires

OFFICIAL SEAL
JOAN C HARENBERG
Notary Public, State of Illinois
Commission No. 715300
My Commission Expires April 28, 2029

## AFFIDAVIT OF NON-SERVICE

| Case:<br>25-CV-02980 | Court:<br>Eastern District of Pennsylvania | County:<br>Philadelphia, PA | Job:<br>13629625 (38969) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Michael Hickson | | Defendant / Respondent:<br>Peco Energy Company, et als. | |
| Received by:<br>Legal Errands, Inc. | | For:<br>Michael Hickson, pro se | |
| To be served upon:<br>Tom Wolf & Successor | | | |

I, Doris Williams, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Tom Wolf & Successor, 508 Main Capital Building, Harrisburg, PA 17120
Manner of Service:   Non-Service
Documents:   Summons and Complaint and Notice and Affidavit of Notice

Additional Comments:
1) Unsuccessful Attempt: Jul 1, 2025, 11:47 am EDT at 508 Main Capital Building, Harrisburg, PA 17120
Yash, not allowed to give last name, said they were unable to accept as all documents should go to the Office of General Council located at 30 N 3rd Street Suite 200 Harrisburg PA 17101.

_____   1/3/25
Doris Williams          Date

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

1/5/25          August 25, 2025
Date          Commission Expires

Commonwealth of Pennsylvania - Notary Seal
Kelly J. McClain, Notary Public
Lebanon County
My commission expires August 25, 2025
Commission number 1400300
Member, Pennsylvania Association of Notaries