# AFFIDAVIT OF NON-SERVICE

| Case:<br>25-CV-02980 | Court:<br>Eastern District of Pennsylvania | County:<br>Philadelphia, PA | Job:<br>13605473 (38969) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Michael Hickson | | Defendant / Respondent:<br>Peco Energy Company, et als. | |
| Received by:<br>Legal Errands, Inc. | | For:<br>Michael Hickson, pro se | |
| To be served upon:<br>Peco Energy Company | | | |

I, Shawn Schaffer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Peco Energy Company, 2301 Market Street, Philadelphia, PA 19103
**Manner of Service:** Non-Service
**Documents:** Summons and Complaint and Notice and Affidavit of Notice

**Additional Comments:**
1) Unsuccessful Attempt: Jul 1, 2025, 12:54 pm EDT at 2301 Market Street, Philadelphia, PA 19103
All legal documents go to Corporate Creations Network Inc register agent for PECO at 1001 State St., #1400, Erie, PA 16501.

_____  7/7/25
Shawn Schaffer          Date

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076
215-751-1124

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

7/7/25
Date        Commission Expires

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Joseph C O Donovan Jr Notary Public
Delaware County
My Commission Expires 5/15/2027
Commission #1233495

## AFFIDAVIT OF NON-SERVICE

| Case: 25-CV-02980 | Court: Eastern District of Pennsylvania | County: Philadelphia, PA | Job: 13629545 (38969) |
|---|---|---|---|
| Plaintiff / Petitioner: Michael Hickson | | Defendant / Respondent: Peco Energy Company, et als. | |
| Received by: Legal Errands, Inc. | | For: Michael Hickson, pro se | |
| To be served upon: Patrick Noonan | | | |

I, Shawn Schaffer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Patrick Noonan, 2301 Market Street, Philadelphia, PA 19103
**Manner of Service:** Non-Service
**Documents:** Summons and Complaint and Notice and Affidavit of Notice

**Additional Comments:**
1) Unsuccessful Attempt: Jul 1, 2025, 12:54 pm EDT at 2301 Market Street, Philadelphia, PA 19103
All legal documents go to Corporate Creations Network Inc register agent for PECO at 1001 State St., #1400, Erie, PA 16501.

Shawn Schaffer     Date 7/7/25

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076
215-751-1124

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 7/7/25     Commission Expires

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Joseph C O Donovan Jr Notary Public
Delaware County
My Commission Expires 5/15/2027
Commission # 1233495

## AFFIDAVIT OF NON-SERVICE

| Case:<br>25-CV-02980 | Court:<br>Eastern District of Pennsylvania | County:<br>Philadelphia, PA | Job:<br>13629574 (38969) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Michael Hickson | | Defendant / Respondent:<br>Peco Energy Company, et als. | |
| Received by:<br>Legal Errands, Inc. | | For:<br>Michael Hickson, pro se | |
| To be served upon:<br>Exelon Foundation | | | |

I, Shawn Schaffer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Exelon Foundation, 128 North Broad Street, Philadelphia, PA 19102
**Manner of Service:** Non-Service
**Documents:** Summons and Complaint and Notice and Affidavit of Notice

**Additional Comments:**
1) Unsuccessful Attempt: Jul 1, 2025, 1:37 pm EDT at 128 North Broad Street, Philadelphia, PA 19102
The recipient is unknown at this address; the building is occupied by the Pennsylvania Academy of Fine Arts.

Shawn Schaffer    Date 7/7/25

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076
215-751-1124

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date    Commission Expires

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Joseph C O Donovan Jr Notary Public
Delaware County
My Commission Expires 5/15/2027
Commission #1233495

## AFFIDAVIT OF NON-SERVICE

| Case:<br>25-CV-02980 | Court:<br>Eastern District of Pennsylvania | County:<br>Philadelphia, PA | Job:<br>13629616 (38969) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Michael Hickson | | Defendant / Respondent:<br>Peco Energy Company, et als. | |
| Received by:<br>Legal Errands, Inc. | | For:<br>Michael Hickson, pro se | |
| To be served upon:<br>Exelon Corporation | | | |

I, Steven A. Stosur, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Exelon Corporation, 10 South Dearborn Street, Chicago, IL 60608
**Manner of Service:** Non-Service
**Documents:** Summons and Complaint and Notice and Affidavit of Notice

**Additional Comments:**
1) Unsuccessful Attempt: Jul 1, 2025, 1:34 pm EDT at 10 South Dearborn Street, Chicago, IL 60608
The security guard, said Exelon Corporation does not accept service here and their Registered Agent Corporate Creations Network accepts service at 1320 Tower Rd., Schaumburg, IL

_____  07/03/2025
Steven A. Stosur                Date

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

07/03/2025
Date            Commission Expires

**OFFICIAL SEAL**
**JOAN C HARENBERG**
Notary Public, State of Illinois
Commission No. 715300
My Commission Expires April 28, 2029

# AFFIDAVIT OF NON-SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 25-CV-02980 | Eastern District of Pennsylvania | Philadelphia, PA | 13629625 (38969) |
| **Plaintiff / Petitioner:** Michael Hickson | | **Defendant / Respondent:** Peco Energy Company, et als. | |
| **Received by:** Legal Errands, Inc. | | **For:** Michael Hickson, pro se | |
| **To be served upon:** Tom Wolf & Successor | | | |

I, Doris Williams, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Tom Wolf & Successor, 508 Main Capital Building, Harrisburg, PA 17120
**Manner of Service:** Non-Service
**Documents:** Summons and Complaint and Notice and Affidavit of Notice

**Additional Comments:**
1) Unsuccessful Attempt: Jul 1, 2025, 11:47 am EDT at 508 Main Capital Building, Harrisburg, PA 17120
Yash, not allowed to give last name, said they were unable to accept as all documents should go to the Office of General Council located at 30 N 3rd Street Suite 200 Harrisburg PA 17101.

Doris Williams    Date

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date    Commission Expires

Commonwealth of Pennsylvania - Notary Seal
Kelly J. McClain, Notary Public
Lebanon County
My commission expires August 25, 2025
Commission number 1400300
Member, Pennsylvania Association of Notaries