**Mail body: Fwd: [ServeManager] Job #13705627 Update**

Sent from my iPhone

Begin forwarded message:

REC'D JUL 1 8 2025

**From:** Joseph ODonovan <notifications@mail.servemanager.com>
**Date:** July 16, 2025 at 11:09:27 AM EDT
**To:** Michael Hickson <mikalh47@gmail.com>
**Subject: [ServeManager] Job #13705627 Update**
**Reply-To:** legalerrands@hotmail.com

## Job Uploads

Joseph O'Donovan shared 1 upload with you:

- 630515 signed affidavit of service.pdf (93.2 KB)

View Job and Uploads

## Job & Case

**Job:** 13705627

**Priority:** Routine

**Job Type:** Standard

**Due Date:** Jul 18, 2025

**Client Job:** C.app

**Recipient:** Exelon Foundation Corporate Creations Network

**Case:** 25-CV-02980

**Plaintiff:** Michael Hickson

**Defendant:** Peco Energy Company, et als.

**Court:** Eastern District of Pennsylvania

**County:** Philadelphia

**Mail body: Fwd: [ServeManager] Job #13705616 Update**

Sent from my iPhone

Begin forwarded message:

> **From:** Joseph ODonovan <notifications@mail.servemanager.com>
> **Date:** July 16, 2025 at 11:09:04 AM EDT
> **To:** Michael Hickson <mikalh47@gmail.com>
> **Subject: [ServeManager] Job #13705616 Update**
> **Reply-To:** legalerrands@hotmail.com

## Job Uploads

Joseph O'Donovan shared 1 upload with you:

- [630514 signed affidavit of service.pdf (93.2 KB)](#)

[View Job and Uploads](#)

## Job & Case

**Job:** 13705616

**Priority: Routine**

**Job Type:** Standard

**Due Date:** Jul 18, 2025

**Client Job:** C.app

**Recipient:** Exelon Corporation Corporate Creations Network

**Case:** 25-CV-02980

**Plaintiff:** Michael Hickson

**Defendant:** Peco Energy Company, et als.

**Court:** Eastern District of Pennsylvania

**County:** Philadelphia

**Mail body: Fwd: [ServeManager] Job #13705572 Update**

Sent from my iPhone

Begin forwarded message:

> **From:** Joseph ODonovan <notifications@mail.servemanager.com>
> **Date:** July 16, 2025 at 11:06:50 AM EDT
> **To:** Michael Hickson <mikalh47@gmail.com>
> **Subject: [ServeManager] Job #13705572 Update**
> **Reply-To:** legalerrands@hotmail.com

## Job Uploads

Joseph O'Donovan shared 1 upload with you:

- patrick noonan proof signed reg agent 07.11.25 erie.pdf (49.5 KB)

View Job and Uploads

## Job & Case

**Job:** 13705572

**Priority: Routine**

**Job Type:** Standard

**Due Date:** Jul 18, 2025

**Client Job:** C.app

**Recipient:** Patrick Noonan of Peco Energy Company Corporate Creations Network

**Case:** 25-CV-02980

**Plaintiff:** Michael Hickson

**Defendant:** Peco Energy Company, et als.

**Court:** Eastern District of Pennsylvania

**County:** Philadelphia

**Mail body: Fwd: [ServeManager] Job #13705562 Update**

Sent from my iPhone

Begin forwarded message:

> **From:** Joseph ODonovan <notifications@mail.servemanager.com>
> **Date:** July 16, 2025 at 11:06:28 AM EDT
> **To:** Michael Hickson <mikalh47@gmail.com>
> **Subject: [ServeManager] Job #13705562 Update**
> **Reply-To:** legalerrands@hotmail.com

## Job Uploads

Joseph O'Donovan shared 1 upload with you:

- peco energy proof signed reg agent 07.11.25 erie.pdf (48.9 KB)

View Job and Uploads

## Job & Case

**Job:** 13705562

**Priority: Routine**

**Job Type:** Standard

**Due Date:** Jul 18, 2025

**Client Job:** C.app

**Recipient:** Peco Energy Company Corporate Creations Network

**Case:** 25-CV-02980

**Plaintiff:** Michael Hickson

**Defendant:** Peco Energy Company, et als.

**Court:** Eastern District of Pennsylvania

**County:** Philadelphia

**Mail body: Fwd: [ServeManager] Job #13705598 Update**

Sent from my iPhone

Begin forwarded message:

> **From:** Joseph ODonovan <notifications@mail.servemanager.com>
> **Date:** July 16, 2025 at 11:06:00 AM EDT
> **To:** Michael Hickson <mikalh47@gmail.com>
> **Subject: [ServeManager] Job #13705598 Update**
> **Reply-To:** legalerrands@hotmail.com

## Job Uploads

Joseph O'Donovan shared 1 upload with you:

- LegalErrands 13705598 AoS 7.11.2025.pdf (210 KB)

View Job and Uploads

## Job & Case

**Job:** 13705598

**Priority: Routine**

**Job Type:** Standard

**Due Date:** Jul 18, 2025

**Client Job:** C.app

**Recipient:** Tom Wolf & Successor, individually and in his official capacity as Governor of Pennsylvania

**Case:** 25-CV-02980

**Plaintiff:** Michael Hickson

**Defendant:** Peco Energy Company, et als.

**Court:** Eastern District of Pennsylvania

**County:** Philadelphia