IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL HICKSON,** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-2980 |
| | : | |
| **PECO ENERGY COMPANY,** *et al.*, | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of the Motion of Defendants the Pennsylvania Public Utility Commission ("PUC") and Chairman of the PUC, Gladys Brown Dutrieville, (collectively, the "PUC Defendants") for an extension of time to answer or otherwise respond to Plaintiff's Complaint, it is hereby **ORDERED** that the Motion is **GRANTED** and that the PUC Defendants shall file their responses to Plaintiff's Complaint by no later than August 12, 2025.

BY THE COURT:

_____
**Gerald A. McHugh, J.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HICKSON, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | No. 25-2980 |
| : | |
| PECO ENERGY COMPANY, *et al.*, : | |
| : | |
| Defendants. : | |

### PUC DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants the Pennsylvania Public Utility Commission ("PUC") and Chairman of the PUC, Gladys Brown Dutrieville, (collectively, the "PUC Defendants"), by counsel, hereby move this Honorable Court pursuant to Fed. R. Civ. P. 6(b) to extend the time for the PUC Defendants to file an answer, motion, or other response to Plaintiff's Complaint, through and including August 12, 2025, for the reasons contained in the accompanying memorandum.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

Date: July 22, 2025         By:   */s/ Adrienne M. Box*

Adrienne M. Box
Deputy Attorney General
Attorney I.D. No. 325818

Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (215) 560-2136
abox@attorneygeneral.gov

Nicole R. DiTomo
Chief Deputy Attorney General
Civil Litigation Section

*Counsel for PUC Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL HICKSON, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-2980 |
| | : | |
| PECO ENERGY COMPANY, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM IN SUPPORT OF PUC DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants the Pennsylvania Public Utility Commission ("PUC") and Chairman of the PUC, Gladys Brown Dutrieville, (collectively, the "PUC Defendants") by counsel, respectfully submits this memorandum in support of their Motion for an extension of time to respond to Plaintiff's Complaint.

**I.    INTRODUCTION & PROCEDURAL BACKGROUND**

Plaintiff Michael Hickson, who is proceeding *pro se*, commenced this civil action under 42 U.S.C. § 1983 by filing his Complaint on June 9, 2025 against multiple parties. ECF No. 1. According to ECF No. 5, PUC Defendants were served with Summons on July 1, 2025.  Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), the PUC Defendants' responsive pleading is due July 22, 2025. Given the factual investigation required for the PUC Defendants' forthcoming response to Plaintiff's Complaint and the undersigned counsel just having been assigned this matter, the PUC Defendants are respectfully requesting a 21-day extension of their deadline to answer, move, or otherwise respond to the Complaint, through and including August 12, 2025.

1

## II. ARGUMENT

A court has the authority under the Federal Rules of Civil Procedure, for good cause, to extend the time for any party to respond to a pleading. Fed. R. Civ. P. 6(b); *see Ryder v. Bartholomew*, 715 Fed. Appx. 144, 148 (3d Cir. 2017). Here, there is good cause to extend the time for PUC Defendants to respond to Plaintiff's Complaint.

First, the undersigned counsel hereby certifies that she was not assigned to represent the PUC Defendants until July 21, 2025. Due to just receiving notice of this lawsuit, Counsel needs more time to research and investigate a proper response to Plaintiff's pleading.

Second, thus far, the undersigned counsel has not received the signed representation letter for the Chairman of the PUC, Gladys Brown Dutrieville, who is being sued in her individual and official capacities. It is possible that Ms. Dutrieville will retain her own counsel. Even if she elects the undersigned counsel, such notice likely will not be received until after the current response deadline of July 22, 2025.

Third, the 21-day extension is relatively brief, and would not prejudice Plaintiff in any way, let alone in an unfair way.

For all the above reasons, the PUC Defendants respectfully submit that a 21-day extension is warranted and would serve the interests of justice.

## III. CONCLUSION

The PUC Defendants respectfully request that this Court extend their deadlines to answer, move or otherwise respond to Plaintiff's Complaint by 21-days, through and including August 12, 2025.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

| | | |
|---|---|---|
| Date: July 22, 2025 | By: | */s/ Adrienne M. Box* |
| | | Adrienne M. Box |
| Office of Attorney General | | Deputy Attorney General |
| 1600 Arch Street, Suite 300 | | Attorney I.D. No. 325818 |
| Phone: (267) 768-3958 | | |
| abox@attorneygeneral.gov | | |
| | | Nicole R. DiTomo |
| | | Chief Deputy Attorney General |
| | | Civil Litigation Section |
| | | |
| | | *Counsel for PUC Defendants* |

3

## CERTIFICATE OF SERVICE

I, Adrienne M. Box, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on July 22, 2025, the foregoing document titled PUC Defendants' Motion for Extension of Time has been filed electronically on this date and is available for viewing and downloading from the Court's Electronic Case Filing System ("ECF"), and has been mailed to the following via U.S. Mail:

**MICHAEL HICKSON**
6604 N. 12TH STREET
PHILADELPHIA, PA 19126

Date: July 22, 2025          By:   */s/ Adrienne M. Box*

                                   Adrienne M. Box
                                   Deputy Attorney General