IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HICKSON, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 25-2980 |
| PECO ENERGY COMPANY, *et al.*, | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 22nd day of July, 2025, upon consideration of the Motion of Defendants the Pennsylvania Public Utility Commission ("PUC") and Chairman of the PUC, Gladys Brown Dutrieville, (collectively, the "PUC Defendants") for an extension of time to answer or otherwise respond to Plaintiff's Complaint, it is hereby **ORDERED** that the Motion is **GRANTED** and that the PUC Defendants shall file their responses to Plaintiff's Complaint by no later than **August 12, 2025**.

BY THE COURT:

/s/ Gerald Austin McHugh
_____
**Gerald A. McHugh, J.**