IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL HICKSON,** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **PECO ENERGY COMPANY,** *et al.,* : <br> Defendants. : <br> : | Civil Action <br> No. 25-2980 |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter my appearance on behalf of Defendant Jim Kenney & Successor.

                      CITY OF PHILADELPHIA
                      LAW DEPARTMENT

BY:    */s/ Michael Pfautz*
            Deputy City Solicitor
            Attorney I.D. No. 325323
            1515 Arch Street, 15th Floor
            Philadelphia, PA 19102
            Phone: (215) 683-5233
            Fax: (215) 683-5299
            Michael.Pfautz@phila.gov

DATED: July 23, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Entry of Appearance upon all counsel of record via ECF system, and caused to be mailed to the following via U.S. Mail:

**MICHAEL HICKSON**
6604 N. 12TH STREET
PHILADELPHIA, PA 19126
*Plaintiff pro se*

                              BY:   */s/ Michael Pfautz*
                                         Deputy City Solicitor

Dated: July 23, 2025