# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HICKSON<br><br>    Plaintiff,<br><br>    v.<br><br>PECO ENERGY CO., EXELON CORP., NATURAL LANDS, EXELON FOUNDATION, THE ROCK CREEK GROUP/COMMUNITY IMPACT CAPITAL FUND, PATRICK NOONAN, PENNSYLVANIA PUBLIC UTILITY COMMISSION, GLADYS BROWN DUTRIEVILLE, TOM WOL, JIM KENNEY,<br><br>    Defendants. | Civil Action No. 2:25-cv-02980 |

## ORDER

AND NOW, this <u>  23rd  </u> day of <u>  July  </u>, 2025, upon consideration of the Defendants PECO Energy Company, Exelon Corporation, Exelon Foundation, RockCreek Group, Community Impact Capital Fund, Patrick Noonan, and Natural Lands' Motion for Extension of Responsive Pleading Deadline, IT IS **ORDERED** that the Motion is **GRANTED** and extends Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint by sixty (60) days, up to and including **October 3, 2025.**

                                                                                                       BY THE COURT:

                                                                                                       /s/ Gerald Austin McHugh

                                                                                                       Gerald A. McHugh, U.S. District Judge