IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL HICKSON** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-2980 |
| | : | |
| **PECO ENERGY COMPANY, ET AL.** | : | |

## SUPPLEMENTAL ORDER

This 23rd day of July, 2025, it is hereby **ORDERED** as follows:

1. The document filed by Orlando Acosta, ECF 13, who purports to represent Mr. Hickson in this matter, is **STRICKEN** from the record. As a non-attorney, Mr. Acosta may not represent others in this Court, as he has been previously admonished by the Third Circuit Court of Appeals and the undersigned. *See Miller v. Burt*, 765 F.App'x 834, 836 (3d Cir. 2019); *Miller v. Exelon*, No. 19-cv-0231, 2019 WL 952273, at *3 (E.D. Pa. Feb. 26, 2019) (McHugh, J.).

2. Counsel for all defendants in this action are advised that they need not communicate with Mr. Acosta or respond to any filings by Mr. Acosta in these actions, as such filings are a nullity and will be stricken.

3. Mr. Acosta is cautioned that his threats to initiate disciplinary proceedings against defense counsel and report them as lawbreakers to the Internal Revenue Service is conduct the court does not condone and may ultimately give rise to civil liability on his part.

4. The municipal defendants' motion for extension of time, ECF 12, is **GRANTED**, and defendants have until October 3, 2025, to respond to the Complaint.

2

5. This Court's Order of July 22, 2025, ECF 9, is hereby **AMENDED** to conform to the other extensions granted since. The PUC Defendants shall also have until October 3, 2025, to respond to the Complaint.

/s/ Gerald Austin McHugh
United States District Judge
