**Mail body: Fwd: This is Mr Orlando Acosta power of attorney for Mr Michael Hickson**

Sent from my iPhone

Begin forwarded message:

**From:** Orlando Acosta <orlandoacost685@gmail.com>
**Date:** July 25, 2025 at 12:19:15 PM EDT
**To:** mikalh47@gmail.com
**Subject: This is Mr Orlando Acosta power of attorney for Mr Michael Hickson**

---------- Forwarded message ---------
From: **Orlando Acosta** <orlandoacost685@gmail.com>
Date: Fri, Jul 25, 2025, 12:15 PM
Subject: This is Mr Orlando Acosta power of attorney for Mr Michael Hickson
To: <katherine.monks@morganlewis.com>

This is Mr Orlando Acosta power of attorney for Mr Michael Hickson not only am I the power of attorney for Mr Hickson in this matter but his Peco account is under my LLC  so either I can come in as the power of attorney as it has already been ruled by the US supreme Court by case law rulings  or I can come in  this  matter as a plaintiff  which one is it going to be  because Mr hickson's  account is under my company name  but I will speak in this matter and I will be notifying the department of Justice and the IRS about this court case and the issues already arising in this case and I will be stating the violation that is occurring at this time and  we will be added this email on the docket and sending it to the judge  thank you