IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL HICKSON,** : | |
| : | |
| **Plaintiff,** : | CIVIL ACTION |
| : | |
| v. : | No. 25-2980 |
| : | |
| **PECO ENERGY COMPANY,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 1st day of August, 2025, upon consideration of the Motion of Defendants former Gove1rnor Tom Wolf and his Successor, Governor Josh Shapiro, for an extension of time to answer or otherwise respond to Plaintiff's Complaint, it is hereby **ORDERED** that the Motion is **GRANTED** and that Defendants Wolf and Shapiro shall file their responses to Plaintiff's Complaint by no later than **October 3, 2025**.

BY THE COURT:

/s/ Gerald Austin McHugh
**Gerald A. McHugh, J.**