# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HICKSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:25-cv-02980 |
| PECO ENERGY CO., EXELON CORP., NATURAL LANDS, EXELON FOUNDATION, THE ROCK CREEK GROUP/COMMUNITY IMPACT CAPITAL FUND, PATRICK NOONAN, PENNSYLVANIA PUBLIC UTILITY COMMISSION, GLADYS BROWN DUTRIEVILLE, TOM WOL, JIM KENNEY, | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendants PECO Energy Company, Exelon Corporation, Exelon Foundation, RockCreek Group, Community Impact Capital Fund, Patrick Noonan, and Natural Lands in the above-captioned matter.

DATED: October 3, 2025

Respectfully submitted,

/s/ *Katherine H. Monks*
Katherine H. Monks (PA. I.D. No. 336611)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
T: (215) 963-5000
F: (215) 963-5001
Katherine.monks@morganlewis.com

*Counsel for Defendants PECO Energy Co., Exelon Corp., Exelon Foundation, RockCreek Group, Community Impact Capital Fund, Patrick Noonan, and Natural Lands*