IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HICKSON<br><br>    Plaintiff,<br><br>v.<br><br>PECO ENERGY CO., EXELON CORP., NATURAL LANDS, EXELON FOUNDATION, THE ROCK CREEK GROUP/COMMUNITY IMPACT CAPITAL FUND, PATRICK NOONAN, PENNSYLVANIA PUBLIC UTILITY COMMISSION, GLADYS BROWN DUTRIEVILLE, TOM WOL, JIM KENNEY,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 2:25-cv-02980<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANTS PECO ENERGY COMPANY, EXELON CORPORATION, EXELON FOUNDATION, ROCKCREEK GROUP, COMMUNITY IMPACT CAPITAL FUND, PATRICK NOONAN, AND NATURAL LANDS' <br>MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants PECO Energy Company, Exelon Corporation, Exelon Foundation, RockCreek Group, Community Impact Capital Fund, Patrick Noonan, and Natural Lands (collectively, "Moving Defendants") move this honorable Court to dismiss Plaintiff's Complaint in its entirety with prejudice. For the reasons set forth in the accompanying Memorandum of Law, this honorable Court should grant Moving Defendants' Motion.

DATED: October 3, 2025

Respectfully submitted,

/s/ *Diana P. Cortes*
Diana P. Cortes (PA. I.D. No. 204274)
Katherine H. Monks (PA. I.D. No. 336611)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
T: (215) 963-5000
F: (215) 963-5001

Diana.cortes@morganlewis.com
Katherine.monks@morganlewis.com

*Counsel for Defendants PECO Energy Co., Exelon Corp., Exelon Foundation, the Rock Creek Group/Community Impact Capital Fund, Patrick Noonan, and Natural Lands*