# EXHIBIT 3

PENNSYLVANIA
PUBLIC UTILITY COMMISSION
Harrisburg, PA  17105-3265

Michael Hickson                               :
                                              :
       v.                                     :     F-2022-3036853
                                              :
PECO Energy Company                           :

# FINAL ORDER

In accordance with the provisions of Section 332(h) of the Public Utility Code, 66 Pa. C.S. §332(h), the decision of Administrative Law Judge Eranda Vero dated April 24, 2023, has become final without further Commission action;

THEREFORE,

IT IS ORDERED:

1. That PECO Energy Company's Motion for Judgment on the Pleadings at Docket No. F-2022-3036853 is granted.

2. That the Complaint of Michael Hickson in Michael Hickson v. PECO Energy Company at Docket No. F-2022-3036853 is dismissed without prejudice.

3. That the record at Docket No. F-2022-3036853 be marked closed.

BY THE COMMISSION,

*Rosemary Chiavetta*
Rosemary Chiavetta
Secretary

(SEAL)

ORDER ENTERED: January 29, 2024