IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HICKSON<br>    Plaintiff,<br>  v.<br>PECO ENERGY CO., EXELON CORP., NATURAL LANDS, EXELON FOUNDATION, THE ROCK CREEK GROUP/COMMUNITY IMPACT CAPITAL FUND, PATRICK NOONAN, PENNSYLVANIA PUBLIC UTILITY COMMISSION, GLADYS BROWN DUTRIEVILLE, TOM WOL, JIM KENNEY,<br>    Defendants. | :<br>:<br>:<br>:<br>: Civil Action No. 2:25-cv-02980<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**[PROPOSED] ORDER GRANTING MOVING DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants PECO Energy Company, Exelon Corporation, Exelon Foundation, RockCreek Group, Community Impact Capital Fund, Patrick Noonan, and Natural Lands ("Moving Defendants") filed a Motion to Dismiss Plaintiff's Complaint under Federal Rules of Civil Procedure 12(b)(1) and (6) on October 3, 2025.

The Court having considered all materials filed in support of and in opposition to the Motion hereby **GRANTS** the Motion.

For the reasons and as stated in the accompanying decision, Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: _____

                                                    Hon. Gerald A. McHugh
                                                  United States District Court Judge