## CERTIFICATE OF SERVICE

      I, Diana P. Cortes, do hereby certify that a true and correct copy of the Motion to Dismiss Plaintiff's Complaint by Defendants PECO Energy Co., Exelon Corp., Exelon Foundation, the RockCreek Group, Community Impact Capital Fund, Patrick Noonan, and Natural Lands together with supporting brief was served via ECF and upon the following by email and hand-delivered mail.

                                Michael Hickson
                                6604 North 12th Street
                                Philadelphia, Pennsylvania 19126
                                Mikalh47@gmail.com

Dated: October 27, 2025                          */s/ Diana P. Cortes*
                                                            Diana P. Cortes (PA. I.D. No. 204274)
                                                            MORGAN, LEWIS & BOCKIUS LLP
                                                            2222 Market Street
                                                            Philadelphia, PA 19103-3007
                                                           T: (215) 963-5000
                                                           F: (215) 963-5001
                                                           diana.cortes@morganlewis.com