# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MICHAEL HICKSON,**
*Plaintiff,*

v.

**PECO ENERGY COMPANY, et al.,**
*Defendants.*

REC'D NOV 10 2025

**Civil Action No. 2:25-cv-02980-GAM**

---

# PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' RESPONSE TO COMPLAINT

**TO THE HONORABLE COURT:**

Plaintiff Michael Hickson, proceeding pro se, respectfully moves this Honorable Court for an extension of time to respond to Defendants' Response to Plaintiff's Complaint and states as follows:

## BACKGROUND

1. Plaintiff filed his Complaint in this matter alleging multiple federal causes of action against Defendants.

2. Defendants have filed their Response to Plaintiff's Complaint.

3. Plaintiff is required to respond to Defendants' pleading within the time prescribed by the Federal Rules of Civil Procedure and the Local Rules of this Court.

4. Due to the complexity of this matter and Plaintiff's pro se status, Plaintiff requires additional time to prepare an adequate and thorough response.

## GROUNDS FOR EXTENSION

5. **Complexity of the Case:** This litigation involves multiple defendants, complex legal theories including Commerce Clause violations, civil rights claims under 42 U.S.C. § 1983, privacy violations, tax law issues, and contract disputes. The factual and legal issues require substantial time to research and address properly.

6. **Pro Se Status:** Plaintiff is representing himself without the assistance of legal counsel. As a pro se litigant, Plaintiff requires additional time to research applicable law, review relevant documents, and prepare legally sufficient responses to Defendants' arguments.

7. **Multiple Defendants:** This case involves numerous defendants including PECO Energy Company, Exelon Corporation, Natural Lands, Exelon Foundation, The Rock Creek Group/Community Impact Capital Fund, and several government officials. Coordinating responses to multiple parties' arguments requires substantial additional time.

8. **Voluminous Record:** The underlying facts of this case span multiple years and involve extensive documentation regarding utility contracts, customer assistance programs, privacy violations, and financial transactions that must be carefully reviewed and analyzed.

9. **Good Faith Effort:** Plaintiff is diligently working to prepare a thorough response but requires additional time to ensure that all legal arguments are properly researched and presented to this Court.

10. **No Prejudice to Defendants:** Granting this extension will not prejudice Defendants, as the case is still in its early stages and no trial date has been set. The requested extension

will allow for a more complete record and more thorough briefing on the complex issues presented.

11. **Good Cause Exists:** Under Federal Rule of Civil Procedure 6(b)(1), this Court may extend time for good cause. Good cause exists here given the complexity of the litigation, Plaintiff's pro se status, the number of defendants, and the need for thorough legal research.

## REQUEST FOR 90-DAY EXTENSION

12. Plaintiff respectfully requests a **ninety (90) day extension** from the current deadline to file his response to Defendants' pleading.

13. This extension will provide Plaintiff with adequate time to:
    - Thoroughly review and analyze Defendants' Response
    - Research applicable federal and state law
    - Gather and organize supporting documentation
    - Prepare comprehensive legal arguments
    - Draft and file a proper response addressing all issues raised by Defendants

14. The requested ninety (90) day extension is reasonable given the complexity of this matter and will serve the interests of justice by ensuring that all parties' arguments are fully developed and presented to this Court.

## CONSULTATION WITH OPPOSING COUNSEL

15. Plaintiff has attempted to contact Defendants' counsel regarding this motion for extension of time.

16. Defendants' counsel has not responded to this request for extension. [

## LEGAL AUTHORITY

17. Federal Rule of Civil Procedure 6(b)(1) provides: "When an act may or must be done within a specified time, the court may, for good cause, extend the time... on motion made after the time has expired if the party failed to act because of excusable neglect."

18. Local Rule 6.1 of this Court recognizes that extensions may be granted for good cause shown.

19. Courts routinely grant reasonable extensions of time to pro se litigants to ensure fairness and proper presentation of their claims. See Tabron v. Grace, 6 F.3d 147, 153 (3d Cir. 1993) (noting that pro se litigants are held to less stringent standards than attorneys).

20. The Third Circuit has recognized that district courts should liberally construe pleadings and filings of pro se litigants. Higgs v. Attorney Gen., 655 F.3d 333, 339 (3d Cir. 2011).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Michael Hickson respectfully requests that this Honorable Court:

A. Grant Plaintiff's Motion for Extension of Time;

B. Extend Plaintiff's deadline to respond to Defendants' Response to Complaint by ninety (90) days from the current deadline, or such other period as this Court deems appropriate;

C. Grant such other and further relief as this Court deems just and proper.

---

Respectfully submitted,

_/s/ Michael Hickson_

Michael Hickson, Pro Se
6604 North 12th Street
Philadelphia, PA 19126
[Phone Number]
[Email Address]

Date: 11-10-2025

## VERIFICATION

I, Michael Hickson, verify that the statements made in the foregoing Motion for Extension of Time are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities and 28 U.S.C. § 1746 relating to unsworn declarations under penalty of perjury.

Michael Hickson
Date: 11-10-2025

## CERTIFICATE OF SERVICE

I hereby certify that on this __11__ day of __10__, 2025, I served a true and correct copy of the foregoing Plaintiff's Motion for Extension of Time upon all counsel of record by the following method(s):

Diana P. Cortes (PA. I.D. No. 204274)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
T: (215) 963-5000
F: (215) 963-5001
Diana.cortes@morganlewis.com
☐ CM/ECF ☐ U.S. Mail ☐ Email: _____

Counsel for Defendants PECO Energy Co., Exelon Corp., Exelon Foundation, the Rock Creek Group/Community Impact Capital Fund, Patrick Noonan, and Natural Lands

**Counsel for Pennsylvania Public Utility Commission:**
Name_____
Attorney General's Office or Law Firm_____
Address_____
☐ CM/ECF ☐ U.S. Mail ☐ Email: _____

**Counsel for Commissioner Gladys Brown Dutrieville:**
Name_____
Attorney General's Office or Law Firm_____
Address_____
☐ CM/ECF ☐ U.S. Mail ☐ Email: _____

**Counsel for Governor Tom Wolf:**
Name_____
Attorney General's Office_____
Address_____
☐ CM/ECF ☐ U.S. Mail ☐ Email: _____

**Counsel for Mayor Jim Kenney:**
Name_____
City Solicitor's Office_____
Address_____
☐ CM/ECF ☐ U.S. Mail ☐ Email: _____

**Counsel for Patrick Noonan:**
Name_____
Law Firm_____
Address
☐ CM/ECF ☐ U.S. Mail ☐ Email: _____

Michael Hickson, Pro Se        /s/ signature

# ORDER

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MICHAEL HICKSON,**
*Plaintiff,*

v.

**PECO ENERGY COMPANY, et al.,**
*Defendants.*

Civil Action No. 2:25-cv-02980-GAM

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiff Michael Hickson's Motion for Extension of Time to Respond to Defendants' Response to Complaint, and any response thereto, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Extension of Time is **GRANTED.**
2. Plaintiff Michael Hickson shall have ninety (90) days from the date of this Order to file his response to Defendants' Response to Complaint.
3. Plaintiff's response shall be filed on or before **- 90 days from Order date**.
4. All other deadlines in this matter shall remain in effect unless modified by subsequent order of this Court.

BY THE COURT:

HON. GERALD AUSTIN McHUGH
UNITED STATES DISTRICT JUDGE