**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL HICKSON** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-2980 |
| | : | |
| **PECO ENERGY COMPANY, ET AL.** | : | |

**ORDER**

This 12th day of November, 2025, it is hereby **ORDERED** that Plaintiff's Motion for Extension of Time, ECF 24, is **GRANTED** in **PART** by virtue of his *pro se* status. Plaintiff's response to Defendants' Motions to Dismiss is due **thirty (30) days** from the date of this order.

    /s/ Gerald Austin McHugh
United States District Judge