**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL HICKSON** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 25-2980** |
| | : | |
| **PECO ENERGY COMPANY,** *et al.* | : | |

**ORDER**

This 17th day of December, 2025, it is hereby **ORDERED** that Defendants' Motions to Dismiss, (ECF 19, ECF 20, ECF 22), are **GRANTED** as follows:

- Counts II, III, V, and VII of Plaintiff's Complaint are dismissed with prejudice.

- Count I is dismissed with prejudice insofar as Plaintiff intends to assert a civil rights claim arising out of any violation of the Commerce Clause.

- The Court declines to exercise supplemental jurisdiction as to Count IV or any state law claim Plaintiff intends to advance in Count I.

- Count VI is dismissed without prejudice. Plaintiff is granted leave to amend within 14 days against Defendant PECO only, consistent with the admonitions set forth in the accompanying memorandum. Failure to amend as set forth herein will result in dismissal of Count VI with prejudice.

- The docket shall reflect that all parties have been dismissed with the exception of Defendant PECO.

    /s/ Gerald Austin McHugh
United States District Judge