# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL HICKSON** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-2980 |
| | : | |
| **PECO ENERGY COMPANY,** *et al.* | : | |

## ORDER

This 8th day of January, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Reconsideration, ECF 28, is **DENIED.**

It is further **ORDERED** that all claims in Count VI of the Complaint purportedly based on federal law are **DISMISSED** with prejudice, as Plaintiff has now clarified the basis on which he seeks to proceed, and the Court concludes that further leave to amend would be futile.

The Clerk is requested to close this case for statistical purposes.

  /s/ Gerald Austin McHugh
United States District Judge