REC'D JAN 1 6 2026

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL HICKSON,

     Plaintiff

                                No. 2:25-CV-02980-GAM

     v.

                                **NOTICE OF APPEAL**

PECO ENERGY COMPANY, et al.,

     Defendants

        Notice is hereby given that Michael Hickson, Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on JANUARY 8TH 2026, dismissing Plaintiff's claims against all defendants.

        The appeal is taken from the entire judgment.

        Plaintiff requests that the appeal proceed in forma pauperis. A Motion for Leave to Proceed on Appeal In Forma Pauperis is being filed contemporaneously herewith.

Respectfully submitted,

Dated: _1-16-2026_                        _____

                                    MICHAEL HICKSON
                                    6604 N. 12th Street
                                    Philadelphia, PA 19126
                                    Plaintiff, Pro Se

NOTICE OF APPEAL - 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL HICKSON                          :
                                         :          CIVIL ACTION
        v.                     :          No. 25-2980
                                         :
PECO ENERGY COMPANY, *et al.*            :


## ORDER

This 17th day of December, 2025, it is hereby **ORDERED** that Defendants' Motions to Dismiss, (ECF 19, ECF 20, ECF 22), are **GRANTED** as follows:

- Counts II, III, V, and VII of Plaintiff's Complaint are dismissed with prejudice.

- Count I is dismissed with prejudice insofar as Plaintiff intends to assert a civil rights claim arising out of any violation of the Commerce Clause.

- The Court declines to exercise supplemental jurisdiction as to Count IV or any state law claim Plaintiff intends to advance in Count I.

- Count VI is dismissed without prejudice. Plaintiff is granted leave to amend within 14 days against Defendant PECO only, consistent with the admonitions set forth in the accompanying memorandum. Failure to amend as set forth herein will result in dismissal of Count VI with prejudice.

- The docket shall reflect that all parties have been dismissed with the exception of Defendant PECO.

                                    /s/ Gerald Austin McHugh
                                    United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL HICKSON** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 25-2980** |
| | : | |
| **PECO ENERGY COMPANY**, *et al.* | : | |

### ORDER

This 8th day of January, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Reconsideration, ECF 28, is **DENIED.**

It is further **ORDERED** that all claims in Count VI of the Complaint purportedly based on federal law are **DISMISSED** with prejudice, as Plaintiff has now clarified the basis on which he seeks to proceed, and the Court concludes that further leave to amend would be futile.

The Clerk is requested to close this case for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge